UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

**Judge:** Kevin McNulty                                         July 25, 2016
                                                                                    Date

**Court Reporter:** John Stone – AM / Walter Perelli - PM

**Deputy Clerk:** Nitza Creegan

**Title of Case:**                                        **Docket #** Civ. 15-3654 (KM)

FRESENIUS KABI USA, LLC
                  v.
FERA PHARMACEUTICALS, LLC, et al

**Appearances:**

Donald A. Robinson, Esq., Keith J. Miller, Esq. and Justin T. Quinn, Esq. for Plaintiff
Pro Hac Vice Counsel: Imron T. Aly, Esq., John K. Hsu, Esq., Christine W. Feller, Esq., and Ahmed Riat, Esq. for Plaintiff

Eric I. Abraham, Esq. and Christina L. Saveriano, Esq. for Defendants Fera Pharmaceuticals, LLC, Oakwood Laboratories, LLC, and Innopharma, Inc.
Pro Hac Vice Counsel: Shashank Upadhye, Esq., Joseph Cwik, Esq., Adam Sussman, Esq., Tixin Tang, Esq., A. Neal Seth, Esq., Kevin P. Anderson, Esq., and Erin Woelker, Esq. for Defendants

**Nature of Proceedings:**

Hearing for Preliminary Injunction and Markman Hearing.

Decision Reserved.

**Time Commenced:** 11:00
**Time Adjourned:** 5:30

                                                                                    Nitza Creegan
                                                                                    **Deputy Clerk**

**cc: chambers**